1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **SOUTHERN DISTRICT OF CALIFORNIA**
8
9 UNITED STATES OF AMERICA,

Case No.: 19cr5094-2 JM

10                    Plaintiff,

11          v.                    **ORDER AND JUDGMENT DISMISSING INDICTMENT WITHOUT PREJUDICE**
12 MARIAH DRAYTON (2),

13                    Defendant.

14

15          Upon motion of the UNITED STATES OF AMERICA, and good cause
16 appearing, IT IS HEREBY ORDERED that the indictment in the above-entitled case be
17
18 dismissed without prejudice as to Defendant Mariah Drayton.

19          IT IS SO ORDERED.

20 DATED: February 6, 2020

21
22                    _____
23                    HONORABLE JEFFREY T. MILLER
                      United States District Judge
24
25
26
27
28